# Third District Court of Appeal

## State of Florida

Opinion filed April 8, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1539
Lower Tribunal No. F20-6958
_____

**Julio M. Duran,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Carlos J. Martinez, Public Defender, and Nicholas A. Lynch, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.

Before GORDO, BOKOR, and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 800.04(7)(a)(1), Fla. Stat. (2020). ("A person who [i]ntentionally masturbates . . . in the presence of a victim who is less than 16 years of age, commits lewd or lascivious exhibition."); <u>Usry v. State</u>, 118 So. 3d 988, 990 (Fla. 1st DCA 2013) (holding evidence that Usry intentionally exposed himself at a school bus stop supports guilty verdict on lewd and lascivious exhibition under section 800.04(7), Florida Statutes); <u>State v. Sholl</u>, 18 So. 3d 1158, 1161 (Fla. 1st DCA 2009) (holding jury could reasonably infer from Sholl's decision to expose himself during online chat to someone whom he believed to be a thirteen-year-old girl that he was intentionally acting in a lewd or lascivious manner for purposes of section 800.04(7), Florida States); <u>see also</u> <u>Schmitt v. State</u>, 590 So. 2d 404, 410 (Fla. 1991) ("Under Florida criminal law the terms 'lewd' and 'lascivious' are synonymous: Both require an intentional act of sexual indulgence or public indecency, when such act causes offense to one or more persons viewing it or otherwise intrudes upon the rights of others.").